O
JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No.: CV13-4069 ODW (VBKx) |
| Plaintiff, | **CONSENT DECREE AND PERMANENT INJUNCTION [12]** |
| v. | |
| Aaron Ray, an individual and d/b/a Amazon.com Seller Discount DVD's, and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Aaron Ray, an individual and d/b/a as Amazon.com Seller Discount DVD's ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of

any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

11) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:   September 4, 2013

_____
Hon. Otis D. Wright, II
United States District Judge

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| Registration No.: | Description: | Copyright Claimant: |
|---|---|---|
| RE 785-081 | Chisum | Warner Brothers, a division of Time Warner Entertainment Company ("WB"), LP & Batjac Productions, Inc. (PWH) |
| PA 1-653-786 | CHUCK: Pilot | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-653-784 | CHUCK: Chuck Versus The Helicopter | WBEI |
| PA 1-653-794 | CHUCK: Chuck Versus The Tango | WBEI |
| PA 1-653-792 | CHUCK: Chuck Versus The Sizzling Shrimp | WBEI |
| PA 1-653-782 | CHUCK: Chuck Versus The Wookiee | WBEI |
| PA 1-653-790 | CHUCK: Chuck Versus The Sandworm | WBEI |
| PA 1-653-801 | CHUCK: Chuck Versus The Alma Mater | WBEI |
| PA 1-653-798 | CHUCK: Chuck Versus The Truth | WBEI |
| PA 1-653-789 | CHUCK: Chuck Versus The Imported Hard Salami | WBEI |
| PA 1-653-797 | CHUCK: Chuck Versus The Nemesis | WBEI |
| PA 1-653-788 | CHUCK: Chuck Versus The Crown Vic | WBEI |
| PA 1-653-795 | CHUCK: Chuck Versus The Undercover Lover | WBEI |
| PA 1-653-787 | CHUCK: Chuck Versus The Marlin | WBEI |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | WBEI |
| PA 1-830-753 | CHUCK: Chuck Versus The Suitcase | WBEI |
| PA 1-830-764 | CHUCK: Chuck Versus The Cubic Z | WBEI |
| PA 1-830-744 | CHUCK: Chuck Versus The Coup d'Etat | WBEI |
| PA 1-830-746 | CHUCK: Chuck Versus The Couch Lock | WBEI |
| PA 1-839-586 | CHUCK: Chuck Versus The Aisle Of Terror | WBEI |
| PA 1-839-561 | CHUCK: Chuck Versus The First Fight | WBEI |
| PA 1-839-582 | CHUCK: Chuck Versus The Fear Of Death | WBEI |
| PA 1-839-584 | CHUCK: Chuck Versus Phase Three | WBEI |

| | | |
|---|---|---|
| PA 1-839-592 | CHUCK: Chuck Versus The Leftovers | WBEI |
| PA 1-830-691 | CHUCK: Chuck Versus The Balcony | WBEI |
| PA 1-830-693 | CHUCK: Chuck Versus The Gobbler | WBEI |
| PA 1-830-680 | CHUCK: Chuck Versus The Push Mix | WBEI |
| PA 1-830-740 | CHUCK: Chuck Versus The Seduction Impossible | WBEI |
| PA 1-830-738 | CHUCK: Chuck Versus The Cat Squad | WBEI |
| PA 1-830-695 | CHUCK: Chuck Versus The Masquerade | WBEI |
| PA 1-830-742 | CHUCK: Chuck Versus The First Bank Of Evil | WBEI |
| PA 1-830-704 | CHUCK: Chuck Versus Chuck Versus The A-Team | WBEI |
| PA 1-830-685 | CHUCK: Chuck Versus The Muuurder | WBEI |
| PA 1-839-585 | CHUCK: Chuck Versus The Family Volkoff | WBEI |
| PA 1-830-743 | CHUCK: Chuck Versus The Wedding Planner | WBEI |
| PA 1-830-754 | CHUCK: Chuck Versus Agent X | WBEI |
| PA 1-830-752 | CHUCK: Chuck Versus The Last Details | WBEI |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | WBEI |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | WBEI |
| PA 1-830-373 | CHUCK: Chuck Versus The Bearded Bandit | WBEI |
| PA 1-830-358 | CHUCK: Chuck Versus The Frosted Tips | WBEI |
| PA 1-830-395 | CHUCK: Chuck Versus The Business Trip | WBEI |
| PA 1-830-379 | CHUCK: Chuck Versus The Hack Off | WBEI |
| PA 1-830-361 | CHUCK: Chuck Versus The Curse | WBEI |
| PA 1-830-364 | CHUCK: Chuck Versus The Santa Suit | WBEI |
| PA 1-830-765 | CHUCK: Chuck Versus The Baby | WBEI |
| PA 1-830-658 | CHUCK: Chuck Versus The Kept Man | WBEI |
| PA 1-830-659 | CHUCK: Chuck Versus Bo | WBEI |
| PA 1-830-385 | CHUCK: Chuck Versus The Bullet Train | WBEI |
| PA 1-830-662 | CHUCK: Chuck Versus Sarah | WBEI |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 75-275 | DALLAS: Digger's Daughter | Lorimar Productions, Inc. ("LPI") |
| PA 75-273 | DALLAS: The Lesson | LPI |
| PA 75-277 | DALLAS: Spy in the House | LPI |
| PA 75-276 | DALLAS: Winds of Vengeance | LPI |
| PA 75-274 | DALLAS: Bar-B-Que | LPI |
| PA 1-686-580 | GOSSIP GIRL: Summer, Kind Of Wonderful | WBEI |
| PA 1-693-184 | GOSSIP GIRL: The Dark Night | WBEI |
| PA 1-686-586 | GOSSIP GIRL: The Ex-Files | WBEI |

| | | |
|---|---|---|
| PA 1-686-581 | GOSSIP GIRL: The Serena Also Rises | WBEI |
| PA 1-686-663 | GOSSIP GIRL: New Haven Can Wait | WBEI |
| PA 1-686-600 | GOSSIP GIRL: Chuck In Real Life | WBEI |
| PA 1-686-595 | GOSSIP GIRL: Pret-A-Poor-J | WBEI |
| PA 1686-605 | GOSSIP GIRL: There Might Be Blood | WBEI |
| PA 1-686-602 | GOSSIP GIRL: Bonfire Of The Vanity | WBEI |
| PA 1-686-653 | GOSSIP GIRL: The Magnificent Archibalds | WBEI |
| PA 1-686-668 | GOSSIP GIRL: It's A Wonderful Life | WBEI |
| PA 1-686-676 | GOSSIP GIRL: O Brother, Where Bart Thou? | WBEI |
| PA 1-686-674 | GOSSIP GIRL: In The Realm Of The Basses | WBEI |
| PA 1-686-672 | GOSSIP GIRL: Gone With The Will | WBEI |
| PA 1-686-634 | GOSSIP GIRL: You've Got Yale! | WBEI |
| PA 1-686-678 | GOSSIP GIRL: Carrnal Knowledge | WBEI |
| PA 1-686-665 | GOSSIP GIRL: The Age Of Dissonance | WBEI |
| PA 1-686-638 | GOSSIP GIRL: The Grandfather | WBEI |
| PA 1-686-592 | GOSSIP GIRL: Remains Of The J | WBEI |
| PA 1-686-584 | GOSSIP GIRL: Seder Anything | WBEI |
| PA 1-686-582 | GOSSIP GIRL: Southern Gentlemen Prefer Blondes | WBEI |
| PA 1-686-644 | GOSSIP GIRL: The Wrath Of Con | WBEI |
| PA 1-686-641 | GOSSIP GIRL: Valley Girls | WBEI |
| PA 1-686-607 | GOSSIP GIRL: The Goodbye Gossip Girl | WBEI |
| PA 1-776-116 | LUCK: Pilot | Home Box Office, Inc. ("HBO") |
| PA 1-782-832 | LUCK: Ace Meets with a Potential Investor | HBO |
| PA 1-809-035 | LUCK: Ace Meets with a Talented Whiz Kid | HBO |
| PA 1-780-562 | LUCK: Ace Meets with a Colleague | HBO |
| PA 1-780-567 | LUCK: Ace Forces Escalante to Swap Jockeys | HBO |
| PA 1-780-565 | LUCK: Ace Pitches a Deal | HBO |
| PA 1-780-566 | LUCK: Ace and Claire Tour a Horse Farm | HBO |
| PA 1-782-657 | LUCK: Ace Counters Smythe's Move with His Own | HBO |
| PA 1-786-977 | LUCK: Two Prized Colts Go Head to Head | HBO |
| PA 1-036-174 | Pay It Forward | Bel Air Pictures, LLC & WB |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |

| | | |
|---|---|---|
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye | WBEI |

|  |  | Of The Beholder |  |
|---|---|---|---|
|  | PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
|  | PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
|  | PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | WBEI |
|  | PA 1-800-896 | RIZZOLI & ISLES: Living Proof | WBEI |
|  | PA 1-893-193 | RIZZOLI & ISLES: Sailor Man | WBEI |
|  | PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | WBEI |
|  | PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | WBEI |
|  | PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | WBEI |
|  | PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | WBEI |
|  | PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | WBEI |
|  | PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | WBEI |
|  | PA 1-800-942 | RIZZOLI & ISLES: Remember Me | WBEI |
|  | PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | WBEI |
|  | PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | WBEI |
|  | PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | WBEI |
|  | PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | WBEI |
|  | PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | WBEI |
|  | PA 1-795-517 | THE BIG BANG THEORY: Pilot | WBEI |
|  | PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
|  | PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
|  | PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
|  | PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
|  | PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
|  | PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
|  | PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
|  | PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
|  | PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |

| | | |
|---|---|---|
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |

| | | |
|---|---|---|
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-839-789 | THE BIG BANG THEORY: The Electric Can opener Fluctuation | WBEI |
| PA 1-839-759 | THE BIG BANG THEORY: The Jiminy Conjecture | WBEI |
| PA 1-839-694 | THE BIG BANG THEORY: The Gothowitz Deviation | WBEI |
| PA 1-839-728 | THE BIG BANG THEORY: The Pirate Solution | WBEI |
| PA 1-839-770 | THE BIG BANG THEORY: The Creepy Candy Coating Corollary | WBEI |
| PA 1-839-811 | THE BIG BANG THEORY: The Cornhusker Vortex | WBEI |
| PA 1-839-702 | THE BIG BANG THEORY: The Guitarist Amplification | WBEI |
| PA 1-839-730 | THE BIG BANG THEORY: The Adhesive Duck Deficiency | WBEI |
| PA 1-839-693 | THE BIG BANG THEORY: The Vengeance Formulation | WBEI |
| PA 1-839-792 | THE BIG BANG THEORY: The Gorilla Experiment | WBEI |
| PA 1-839-756 | THE BIG BANG THEORY: The Maternal | WBEI |

| | | |
|---|---|---|
| | Congruence | |
| PA 1-839-706 | THE BIG BANG THEORY: The Psychic Vortex | WBEI |
| PA 1-839-790 | THE BIG BANG THEORY: The Bozeman Reaction | WBEI |
| PA 1-839-815 | THE BIG BANG THEORY: The Einstein Approximation | WBEI |
| PA 1-839-805 | THE BIG BANG THEORY: The Large Hadron Collision | WBEI |
| PA 1-839-767 | THE BIG BANG THEORY: The Excelsior Acquisition | WBEI |
| PA 1-839-803 | THE BIG BANG THEORY: The Precious Fragmentation | WBEI |
| PA 1-839-812 | THE BIG BANG THEORY: The Pants Alternative | WBEI |
| PA 1-839-793 | THE BIG BANG THEORY: The Wheaton Recurrence | WBEI |
| PA 1-839-788 | THE BIG BANG THEORY: The Spaghetti Catalyst | WBEI |
| PA 1-839-692 | THE BIG BANG THEORY: The Plimpton Stimulation | WBEI |
| PA 1-839-802 | THE BIG BANG THEORY: The Staircase Implementation | WBEI |
| PA 1-839-724 | THE BIG BANG THEORY: The Lunar Excitation | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |

| | | |
|---|---|---|
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 20-921 | Superman- The Movie | Film Export, A.G. ("FEA") |
| Pau 228-419 | Superman II | FEA Bottom of Form |
| PA 188-454 | Superman III | Cantharus Productions, N.V |
| PA 372-268 | Superman IV: The Quest for Peace | Cannon |

|  |  | Films, Inc., Cannon International & Warner Brothers, Inc. ("WBI") |
|---|---|---|
| PA 1-805-507 | THE MENTALIST: Scarlet Ribbons | WBEI |
| PA 1-840-095 | THE MENTALIST: Little Red Book | WBEI |
| PA 1-841-401 | THE MENTALIST: Pretty Red Balloon | WBEI |
| PA 1-841-436 | THE MENTALIST: Ring Around The Rosie | WBEI |
| PA 1-840-211 | THE MENTALIST: Blood And Sand | WBEI |
| PA 1-841-437 | THE MENTALIST: Where In The World Is Carmine O'Brien | WBEI |
| PA 1-840-135 | THE MENTALIST: Blinking Red Light | WBEI |
| PA 1-841-440 | THE MENTALIST: Pink Tops | WBEI |
| PA 1-841-442 | THE MENTALIST: The Redshirt | WBEI |
| PA 1-841-439 | THE MENTALIST: Fugue In Red | WBEI |
| PA 1-841-399 | THE MENTALIST: Always Bet On Red | WBEI |
| PA 1-840-096 | THE MENTALIST: My Bloody Valentine | WBEI |
| PA 1-840-100 | THE MENTALIST: Red Is The New Black | WBEI |
| PA 1-840-099 | THE MENTALIST: At First Blush | WBEI |
| PA 1-840-098 | THE MENTALIST: War Of The Roses | WBEI |
| PA 1-840-097 | THE MENTALIST: His Thoughts Were Red Thoughts | WBEI |
| PA 1-840-212 | THE MENTALIST: Cheap Burgundy | WBEI |
| PA 1-840-166 | THE MENTALIST: Ruddy Cheeks | WBEI |
| PA 1-840-168 | THE MENTALIST: Pink Champagne On Ice | WBEI |
| PA 1-840-169 | THE MENTALIST: Something Rotten In Redmund | WBEI |
| PA 1-840-171 | THE MENTALIST: Ruby Slippers | WBEI |
| PA 1-840-144 | THE MENTALIST: So Long, And Thanks For All The Red Snapper | WBEI |
| PA 10840-105 | THE MENTALIST: Red Rover, Red Rover | WBEI |
| PA 1-805-644 | THE MENTALIST: The Crimson Hat | WBEI |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | WBEI |
| PA 1-840-715 | THE VAMPIRE DIARIES: The Hybrid | WBEI |
| PA 1-840-836 | THE VAMPIRE DIARIES: The End Of The Affair | WBEI |
| PA 1-840-714 | THE VAMPIRE DIARIES: Disturbing Behavior | WBEI |
| PA 1-840-717 | THE VAMPIRE DIARIES: The Reckoning | WBEI |

| | | |
|---|---|---|
| PA 1-840-716 | THE VAMPIRE DIARIES: Smells Like Teen Spirit | WBEI |
| PA 1-840-829 | THE VAMPIRE DIARIES: Ghost World | WBEI |
| PA 1-840-721 | THE VAMPIRE DIARIES: Ordinary People | WBEI |
| PA 1-840-703 | THE VAMPIRE DIARIES: Homecoming | WBEI |
| PA 1-840-820 | THE VAMPIRE DIARIES: The New Deal | WBEI |
| PA 1-840-719 | THE VAMPIRE DIARIES: Our Town | WBEI |
| PA 1-840-698 | THE VAMPIRE DIARIES: The Ties That Bind | WBEI |
| PA 1-840-722 | THE VAMPIRE DIARIES: Bringing Out The Dead | WBEI |
| PA 1-840-708 | THE VAMPIRE DIARIES: Dangerous Liaisons | WBEI |
| PA 1-840-706 | THE VAMPIRE DIARIES: All My Children | WBEI |
| PA 1-840-720 | THE VAMPIRE DIARIES: 1912 | WBEI |
| PA 1-843-357 | THE VAMPIRE DIARIES: Break On Through | WBEI |
| PA 1-843-356 | THE VAMPIRE DIARIES: The Murder Of One | WBEI |
| PA 1-843-353 | THE VAMPIRE DIARIES: Heart Of Darkness | WBEI |
| PA 1-843-350 | THE VAMPIRE DIARIES: Do Not Go Gentle | WBEI |
| PA 1-843-352 | THE VAMPIRE DIARIES: Before Sunset | WBEI |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | WBEI |
| R390474 | Wizard of Oz, The | Turner Entertainment Co. ("TEC") |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |
| PA 1-663-226 | EASTBOUND & DOWN: Chapter 1 | HBO |
| PA 1-663-191 | EASTBOUND & DOWN: Chapter 2 | HBO |
| PA 1-663-239 | EASTBOUND & DOWN: Chapter 3 | HBO |
| PA 1-663-249 | EASTBOUND & DOWN: Chapter 4 | HBO |
| PA 1-663-248 | EASTBOUND & DOWN: Chapter 5 | HBO |

| | | |
|---|---|---|
| PA 1-663-222 | EASTBOUND & DOWN: Chapter 6 | HBO |
| PA 1-712-251 | EASTBOUND & DOWN: Chapter 7 | HBO |
| PA 1-712-253 | EASTBOUND & DOWN: Chapter 8 | HBO |
| PA-1 712-250 | EASTBOUND & DOWN: Chapter 9 | HBO |
| PA 1-712-249 | EASTBOUND & DOWN: Chapter 10 | HBO |
| PA 1-715-046 | EASTBOUND & DOWN: Chapter 11 | HBO |
| PA 1-716-944 | EASTBOUND & DOWN: Chapter 12 | HBO |
| PA 1-716-945 | EASTBOUND & DOWN: Chapter 13 | HBO |
| PA 782-025 | Forget Paris | Castle Rock Entertainment |
| R 399-224 | Gone with the Wind | TEC |
| PA 1-341-312 | THE DEPARTED | WBEI |
| PA 262-378 | THE GOONIES | WBEI |
| RE 253-728 | MAVERICK: War Of The Silver Kings | WBI |
| RE 253-714 | MAVERICK: Point Blank | WBI |
| RE 253-715 | MAVERICK: According To Hoyle | WBI |
| RE 253-716 | MAVERICK: Ghost Rider | WBI |
| RE 253-717 | MAVERICK: The Long Hunt | WBI |
| RE 253-718 | MAVERICK: Stage West | WBI |
| RE 253-729 | MAVERICK: Relic Of Fort Tejon | WBI |
| RE 253-719 | MAVERICK: Hostage | WBI |
| RE 253-720 | MAVERICK: Stampede | WBI |
| RE 253-721 | MAVERICK: The Jeweled Gun | WBI |
| RE 253-722 | MAVERICK: The Wrecker | WBI |
| RE 253-723 | MAVERICK: The Quick And The Dead | WBI |
| RE 253-724 | MAVERICK: The Naked Gallows | WBI |
| RE 253-725 | MAVERICK: Comstock Conspiracy | WBI |
| RE 253-726 | MAVERICK: The Third Rider | WBI |
| RE 253-727 | MAVERICK: Rage For Vengeance | WBI |
| RE 288-747 | MAVERICK: Rope Of Cards | WBI |
| RE 288-748 | MAVERICK: Diamond In The Rough | WBI |
| RE 288-754 | MAVERICK: Day Of Reckoning | WBI |
| RE 288-755 | MAVERICK: The Savage Hills | WBI |
| RE 288-749 | MAVERICK: Trail West To Fury | WBI |
| RE 288-750 | MAVERICK: The Burning Sky | WBI |
| RE 288-751 | MAVERICK: The Seventh Hand | WBI |
| RE 288-752 | MAVERICK: Plunder Of Paradise | WBI |
| RE 288-753 | MAVERICK: Black Fire | WBI |
| RE 288-756 | MAVERICK: Burial Ground Of The Gods | WBI |
| RE 288-757 | MAVERICK: Seed Of Deception | WBI |

| RE 812-493 | Summer of '42 | WBI |